**DISMISS and Opinion Filed February 1, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01177-CV

**ABDULLAHEL GHAZI AND IRVING HOLDINGS, INC., Appellants**

**V.**

**EDDIE LUMPKIN AND ASHLEY TAYLOR, INDIVIDUALLY AND
AS NEXT FRIEND OF T.L., A MINOR, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-11186**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellants' voluntary motion to dismiss this appeal. *See*

TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231177F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ABDULLAHEL GHAZI AND
IRVING HOLDINGS, INC.,
Appellants

No. 05-23-01177-CV      V.

EDDIE LUMPKIN AND ASHLEY
TAYLOR, INDIVIDUALLY AND
AS NEXT FRIEND OF T.L., A
MINOR, Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-11186.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Eddie Lumpkin and Ashley Taylor, Individually and as Next Friend of T.L., A Minor, recover their costs, if any, of this appeal from appellants Abdullahel Ghazi and Irving Holdings, Inc.

Judgment entered February 1, 2024.